## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| **RUBY GINNS** | ) | CASE NO.:1:16-cv-01367-LJM-DML |
|  | ) |  |
|  | ) |  |
| Plaintiff, | ) | JUDGE: Judge Larry J. McKinney/Magistrate Judge Debra McVicker Lynch |
| v. | ) |  |
|  | ) |  |
| **MERCK SHARP & DOHME CORP. AND MERCK & CO., INC.** | ) |  |
|  | ) |  |
| Defendants. | ) |  |
| _____/ | ) |  |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Ruby Ginns, and the Defendants, Merck & Co., Inc. (f/k/a Schering-Plough Corporation) and Merck Sharp & Dohme Corp., hereby stipulate to a dismissal of this action without prejudice. Each party shall bear its own costs and attorney fees.

Respectfully submitted,                    Respectfully submitted,

_/s/ Carasusana B. Wall _____        /s/ Thomas J. Yoo_____
Carasusana B. Wall (admitted *pro hac vice*)   Thomas J. Yoo (admitted *pro hac vice*)
James G. O'Brien (admitted *pro hac vice*)      Reed Smith LLP
ZOLL & KRANZ LLC                           355 South Grand Ave. #2900
6620 West Central Avenue, Ste. 100         Los Angeles, CA 90071-1514
Toledo, OH 43617                           Telephone: (213) 457-8011
Telephone: (419) 841-9623                  Facsimile:  (213) 457-8080
                                           E-mail: tyoo@reedsmith.com

|  |  |
|---|---|
| Facsimile: (419) 841-9719<br>Email: cara@toledolaw.com<br>        jim@toledolaw.com<br><br>Attorneys for Plaintiff | Lynn A. Combs (admitted *pro hac vice*)<br>Reed Smith LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269<br>E-mail: lcombs@reedsmith.com<br><br>Kathleen Ann DeLaney(18604-49)<br>DeLaney & DeLaney LLC<br>3646 North Washington Blvd.<br>Indianapolis, IN 46205<br>Telephone: (317) 920-0400<br>Fax: (317) 920-0404<br>Email: kathleen@delaneylaw.net<br><br>Attorneys for Defendants Merck & Co., Inc. (f/k/a Schering-Plough Corporation) and Merck Sharp & Dohme Corp. |

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June 2017, a copy of the foregoing **Joint Stipulation of Dismissal without Prejudice** was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CMECF system.

      /s/ *Carasusana B. Wall*
      Carasusana B. Wall (0090234)
      ZOLL & KRANZ, LLC
      Counsel for Plaintiffs